UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE LUIZ COSTA SOARES, | Case No. 22-cv-03395-JSC |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| U.S. DEPARTMENT OF STATE, | Re: Dkt. No. 9 |
| Defendant. | |

On July 5, 2022, the Court screened Plaintiff's complaint under 28 U.S.C. § 1915 and dismissed this action because Plaintiff's allegations did not give rise to any reasonable inferences that state a cognizable legal claim against Defendant. (Dkt. No. 9.) Plaintiff was granted leave to file an amended complaint by August 1, 2022, but failed to do so. To date, Plaintiff has filed neither an amended complaint nor a request for an extension of time. Accordingly, this case is hereby dismissed without prejudice for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: October 7, 2022

JACQUELINE SCOTT CORLEY
United States District Judge